IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM VAN WINKLE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)  No. 3:11-cv-01017<br>)<br>)  Judge Nixon<br>)  Magistrate Judge Knowles<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is Plaintiff William Van Winkle's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with an attached Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion (Doc. No. 17), to which Plaintiff filed a Reply (Doc. No. 18). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending that Plaintiff's Motion be denied and this action be dismissed. (Doc. No. 20.) The Report was filed on October 12, 2012, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion. This Order terminates this Court's jurisdiction over this action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this ___26th___ day of November, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT